| | |
|---|---|
| 1 | JOSHUA J. CLIFFE, Bar No. 215390 |
| | jcliffe@littler.com |
| 2 | CARINA NOVELL, Bar No. 329560 |
| | cnovell@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street |
| 4 | 34th Floor |
| | San Francisco, CA 94104 |
| 5 | Telephone: 415.433.1940 |
| | Facsimile: 415.399.8490 |
| 6 | |
| 7 | BRITNEY N. TORRES, Bar No. 287019 |
| | btorres@littler.com |
| 8 | LITTLER MENDELSON, P.C. |
| | 500 Capitol Mall |
| 9 | Suite 2000 |
| | Sacramento, CA 95814 |
| 10 | Telephone: 916.830.7200 |
| | Fax No.: 916.561.0828 |

Attorneys for Defendant
NATIONAL DISTRIBUTION CENTERS, LLC
DBA NFI INDUSTRIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DAVID ROOT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC dba NFI INDUSTRIES, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 5:20-cv-02452-JGB-SP<br><br>**NOTICE OF SETTLEMENT, JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE INITIAL SCHEDULING CONFERENCE**<br><br><br>Complaint Filed: August 11, 2020 |

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Notice of Settlement, Joint Stip, and [Proposed] Order to Vacate Initial Scheduling Conference
4849-7899-8769.1 / 045921-1041

Case No. 5:20-cv-02452-JGB-SP

The Parties have reached a settlement of Plaintiff's individual claims in the above-captioned matter and have executed a written settlement agreement. In accordance with the terms of the Parties' agreement, Plaintiff intends to file a request for dismissal without prejudice as to the remaining class claims. In the meantime, the Parties respectfully request that their currently scheduled August 9, 2021 initial scheduling conference be vacated.

Dated: July 6, 2021

*/s/ Samantha A. Smith*
JAMES R. HAWKINS
SAMANTHA A. SMITH
Attorneys for Plaintiff DAVID ROOT on behalf of himself and all others similarly situated

Dated: July 6, 2021

*/s/ Carina L. Novell*
JOSHUA J. CLIFFE
BRITNEY N. TORRES
CARINA NOVELL
LITTLER MENDELSON, P.C.
Attorneys for Defendant
NATIONAL DISTRIBUTION CENTERS, LLC DBA NFI INDUSTRIES

IT IS SO ORDERED.

—

The Honorable Jesus G. Bernal

LITTLER MENDELSON, P.C.
333 Bush Street
34th Floor
San Francisco, CA 94104
415.433.1940

Notice of Settlement, Joint Stip, and [Proposed] Order to Vacate Initial Scheduling Conference
4849-7899-8769.1 / 045921-1041

2.

Case No. 5:20-cv-02452-JGB-SP