James R. Hawkins (SBN 192925)
Samantha A. Smith (SBN 253677)
**JAMES HAWKINS APLC**
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676
James@jameshawkinsaplc.com
Samantha@jameshawkinsaplc.com

Attorneys for Plaintiff David Root,
on behalf of himself and all others similarly situated

[ADDITIONAL COUNSEL ON NEXT PAGE]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ROOT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL DISTRIBUTION CENTERS, LLC dba NFI INDUSTRIES, a Delaware Corporation, and DOES 1-10,<br><br>Defendants. | Case No.: 5:20-cv-02452 JGB(SPx)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REQUESTING VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(A)(A)(II)** |

**LITTLER MENDELSON PC**
Joshua J. Cliffe (SBN 215390)
jcliffe@littler.com
333 Bush Street, 34th Floor
San Francisco, CA 94104
Telephone: (415) 677-3122
Facsimile: (415) 743-6662

Britney N. Torres (SBN 287019)
btorres@littler.com
500 Capitol Mall, Suite 2000
Sacramento, CA 95814
Telephone: (916) 830-7200
Facsimile: (916) 561-0828

Attorneys for National Distribution Center, LLC d/b/a NFI Industries

# STIPULATION

Plaintiff David Root ("Plaintiff") and Defendant National Distribution Centers, LLC dba NFI Industries ("Defendant"), by and through their respective counsel of record hereby stiuplate and agree, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed *with prejudice* as to Plaintiff's individual claims against Defendant and *without prejudice* as to the putative class and class claims against Defendant.

**IT IS SO STIPULATED.**

Dated: July 12, 2021

**JAMES HAWKINS APLC**

By: /s/ *Samantha A. Smith*

James R. Hawkins
Samantha A. Smith
Attorneys for Plaintiff on behalf of himself and all others similarly situated

Dated: July 12, 2021

**LITTLER MENDELSON, P.C.**

By: /s/ *Joshua J. Cliffe*

Joshua J. Cliffe
Britney N. Torres
Attorneys for Defendant National Distribution Centers, LLC

**Signature Attestation**

I, Samantha Smith, hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 14, 2021                                   JAMES HAWKINS APLC


                                                By:*/s/ Samantha Smith*
                                                       Samantha Smith, Esq.
                                                       Attorneys for Plaintiff


**Certificate of Service**

The attached stipulation, and related proposed order were filed and served on all parties and their counsel through the ECF system and via electronic mail on July 14, 2021.


                                                       */s/ Samantha Smith*
                                                       Samantha Smith, Esq.